AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Delaware

GUARDIAN INDUSTRIES CORP.,
    Plaintiff,

V.

INNOLUX DISPLAY CORP.,
    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-748

TO: (Name and address of Defendant)
InnoLux Display Corp
c/o Delaware Secretary of State
401 Federal Street, Suite 3
Dover, DE 1990.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard K. Herrmann, Esq.
Morris James Hitchens & Williams LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899
302.888.6800

an answer to the complaint which is served on you with this summons, within    Twenty (20)    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**                             12-8-06

CLERK                                                               DATE

_[signature]_

(By) DEPUTY CLERK

2002 © American LegalNet, Inc.

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE December 11, 2006 4:27 pm |
| NAME OF SERVER (PRINT) MARIAN HOGAN | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where Secretary of State of Delaware, 401 Federal Street Dover DE 19901. Service accept by Karen Charbonneau.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were _____

☐ Returned _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-11-2006    Marian Hogan
             Date           Signature of Server

15 East North Street, Dover DE 19901
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2002 © American LegalNet, Inc.