IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| GUARDIAN INDUSTRIES CORP.<br><br>Plaintiff,<br><br>v.<br><br>INNOLUX DISPLAY CORP.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No.: 06-748 SLR<br>)<br>)<br>)<br>) |

## NOTICE OF LODGING OF WAIVER OF SERVICE

Please take notice that the enclosed Waiver of Service with respect to Defendant Innolux Display Corp. is hereby lodged with the Court.

Dated: February 14, 2007

　　　　　　　　　　　　　　　　　　/s/ Richard K. Herrmann
Richard K. Herrmann (I.D. No. 405)
MORRIS JAMES LLP
500 Delaware Avenue, 15th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com

Bryan S. Hales
Craig D. Leavell
Meredith Zinanni
Eric D. Hayes
KIRKLAND & ELLIS
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

Counsel for Plaintiff Guardian Industries Corp.

Mr. Tuan Hsing-Chien
President
Innolux Display Corporation
160 Ke Syue Road
Hsingchu Science Park
Chu-Nan 350, Mi'ao-Li County
Taiwan

Date Feb. 9, 2007

Meredith Zinanni, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601

Dear Meredith:

Re:   *Guardian Industries Corp. v. Innolux Display Corp.*

I acknowledge receipt of your request that I waive service of a summons in the action of *Guardian Industries Corp. v. Innolux Display Corp.* which is case number 06-748 in the United States District Court for the District of Delaware. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that Innolux Display Corp. be served with judicial process in the manner provided by Federal Rule of Civil Procedure 4.

Innolux Display Corp. will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against Innolux Display Corp. if an answer or motion under Federal Rule of Civil Procedure 12 is not served upon you within 90 days after December 12, 2006.

_____          Feb. 9, 2007
Signature                         Date
CHANG, Chia-Hsin as Agent for Innolux Display Corp.
General Counsel
Innolux Display Corp.