IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>INNOLUX DISPLAY CORP., )<br>)<br>Defendant. )<br>) | Case No.: 06-748-SLR<br><br>Jury Trial Demanded |

## STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME
## TO RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff, Guardian Industries Corp. ("Guardian"), and defendant, InnoLux Display Corp. ("InnoLux"), through their respective counsel, and subject to the approval and order of the Court, that the date by which InnoLux must answer, move or otherwise respond to Guardian's Complaint (D.I. 1) shall be extended to and including March 30, 2007. The parties further agree that they enter into this stipulation without prejudice to any further request by InnoLux for an additional extension of time.

Richard K. Herrmann #405
MORRIS JAMES LLP
500 Delaware Ave, Suite 1500
Wilmington, DE 19801
P: 302-888-6800
F: 302-571-1750
rherrmann@morrisjames.com

Roderick R. McKelvie
Richard L. Rainey
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue
Washington, D.C. 20004-6020
P: 202-662-5195
F: 202-778-5195
rmckelvie@cov.com

*Counsel for InnoLux Display Corp.*

- 2 -

Bryan S. Hales  
Meredith Zinanni  
KIRKLAND & ELLIS LLP  
200 East Randolph Drive  
Chicago, IL  60601  
P: 312-861-2000  
F: 312-861-2200  

Date:  March 9, 2007

*Counsel for Guardian Industries Corp.*

Date:  March 12, 2007

      SO ORDERED this _____ day of _____, 2007.

      _____  
      United States District Judge