IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-748-SLR |
| ) | |
| INNOLUX DISPLAY CORP., ) | |
| ) | |
| Defendant. ) | |

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, and subject to the agreed limitation that defendant will not contest this Court's personal jurisdiction, that the deadline by which defendant must answer, move, or otherwise respond to the complaint in the above action is extended through and including May 4, 2007.

MORRIS JAMES LLP                      ASHBY & GEDDES

/s/ Richard K. Herrmann                /s/ Steven J. Balick
_____        _____
Richard K. Herrmann (I.D. #405)        Steven J. Balick (I.D. #2114)
500 Delaware Avenue, Suite 1500        John G. Day (I.D. # 2403)
P.O. Box 2306                          Lauren E. Maguire (I.D. #4261)
Wilmington, DE 19801                   500 Delaware Avenue, 8th Floor
302-888-6800                           P.O. Box 1150
*Attorneys for Plaintiff*              Wilmington, DE 19899
                                       302-654-1888
                                       *Attorneys for Defendant*


SO ORDERED this _____ day of _____, 2007.


                                       _____
                                       Chief Judge

179264.1