**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **GUARDIAN INDUSTRIES CORP.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-748-SLR |
| ) | |
| **INNOLUX DISPLAY CORP.,** ) | |
| ) | |
| Defendants. ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Meredith Zinanni, Esquire, of the law firm of Kirkland & Ellis to represent Plaintiff Guardian Industries Corp. in this matter.

Dated: May 22, 2007

            */s/ Richard K. Herrmann*
Richard K. Herrmann (I.D. No. 405)
Morris James LLP
500 Delaware Ave., Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
rherrmann@morrisjames.com

*Attorneys for Plaintiff Guardian Industries Corp.*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____        _____
                                The Honorable Sue L. Robinson

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date:  May 22, 2007                    Signed: _____
                                                Meredith Zinanni, Esq.
                                                Kirkland & Ellis
                                                200 East Randolph Drive
                                                Chicago, IL 60601
                                                (312) 861-2000

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of May, 2007 I electronically filed the foregoing

document, **MOTION AND ORDER FOR ADMISSION PRO HAC VICE**, with the Clerk of

the Court using CM/ECF which sent notification of such filing to the following:

> Steven J. Balick
> John G. Day
> Lauren E. Maguire
> Ashby & Geddes
> 500 Delaware Avenue, 8th Floor
> Wilmington, DE  19899


Additionally, I hereby certify that the foregoing document was also served by e-mail on the

following:

> Steven J. Balick
> John G. Day
> Lauren E. Maguire
> Ashby & Geddes
> 500 Delaware Avenue, 8th Floor
> Wilmington, DE  19899


> _/s/ Richard K. Herrmann_
> Richard K. Herrmann
> Morris James LLP
> 500 Delaware Avenue, 15th Floor
> Wilmington, DE  19801
> (302) 888-6800
> rherrmann@morrisjames.com