IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **GUARDIAN INDUSTRIES CORP.,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**INNOLUX DISPLAY CORP.,** )<br>)<br>Defendants. )<br>) | Civil Action No. 06-748-SLR |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Bryan S. Hales, Esquire, of the law firm of Kirkland & Ellis to represent Plaintiff Guardian Industries Corp. in this matter.

Dated: May 23, 2007

                                              */s/ Richard K. Herrmann*
                                              Richard K. Herrmann (I.D. No. 405)
                                              Morris James LLP
                                              500 Delaware Ave., Suite 1500
                                              Wilmington, DE 19801
                                              Telephone: (302) 888-6800
                                              Facsimile: (302) 571-1750
                                              rherrmann@morrisjames.com

                                              *Attorneys for Plaintiff Guardian Industries Corp.*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____                                         _____
                                                                 The Honorable Sue L. Robinson

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Texas and Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: May 22, 2007         Signed: _____
                                   Bryan S. Hales, Esq.
                                   Kirkland & Ellis
                                   200 East Randolph Drive
                                   Chicago, IL  60601
                                   (312) 861-2000

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May, 2007 I electronically filed the foregoing document, **MOTION AND ORDER FOR ADMISSION PRO HAC VICE**, with the Clerk of the Court using CM/ECF which sent notification of such filing to the following:

Steven J. Balick
John G. Day
Lauren E. Maguire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE  19899

Additionally, I hereby certify that the foregoing document was also served by e-mail on the following:

Steven J. Balick
John G. Day
Lauren E. Maguire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE  19899

                                              */s/ Richard K. Herrmann*
                                              Richard K. Herrmann
                                              Morris James LLP
                                              500 Delaware Avenue, 15th Floor
                                              Wilmington, DE  19801
                                              (302) 888-6800
                                              rherrmann@morrisjames.com