IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No.: 06-748-SLR |
| | ) |
| INNOLUX DISPLAY CORP., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE OF SERVICE**

Please take notice that on this 20th day of July 2007, copies of the following document, **PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO RULE 20(A)(1)** were served on counsel as indicated:

| **VIA E-MAIL and HAND DELIVERY** | **VIA E-MAIL** |
|---|---|
| Steven J. Balick | Roderick R. McKelvie |
| John G. Day | Richard L. Rainey |
| Ashby & Geddes | Covington & Burling LLP |
| 500 Delaware Avenue, 8th Floor | 1201 Pennsylvania Avenue, NW |
| Wilmington, Delaware 19899 | Washington, DC 20004 |

      /s/ Richard K. Herrmann
Richard K. Herrmann (I.D. No. 405)
MORRIS JAMES LLP
500 Delaware Avenue, 15th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com

*Counsel for Plaintiff Guardian Industries Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July 2007, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Steven J. Balick
John G. Day
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19899

Additionally, I hereby certify that on this 20th day of July 2007, the foregoing document was served via e-mail and hand-delivery on the above, and via email on the following non-registered participants:

Roderick R. McKelvie
Richard L. Rainey
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004

    /s/ Richard K. Herrmann
Richard K. Herrmann (I.D. No. 405)
MORRIS JAMES LLP
500 Delaware Avenue, 15th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com

*Counsel for Plaintiff Guardian Industries Corp.*