# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **GUARDIAN INDUSTRIES CORP.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) C.A. No.: 06-748-SLR |
| | ) |
| **INNOLUX DISPLAY CORP.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## NOTICE OF SERVICE

Please take notice that on this 11th day of September 2007, copies of the following documents, *PLAINTIFF GUARDIAN INDUSTRIES CORP.'S FIRST SET OF INTERROGATORIES TO DEFENDANT INNOLUX DISPLAY CORP., and PLAINTIFF GUARDIAN INDUSTRIES CORP.'S FIRST SET OF REQUESTS TO DEFENDANT INNOLUX DISPLAY CORP. FOR THE PRODUCTION OF DOCUMENTS AND THINGS* were served on counsel as indicated:

**VIA E-MAIL and HAND DELIVERY**
Steven J. Balick
John G. Day
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19899

**VIA E-MAIL**
Roderick R. McKelvie
Richard L. Rainey
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004

　　/s/ Richard K. Herrmann
Richard K. Herrmann (I.D. No. 405)
MORRIS JAMES LLP
500 Delaware Avenue, 15th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com

*Counsel for Plaintiff Guardian Industries Corp.*