IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-748-SLR |
| | ) |
| INNOLUX DISPLAY CORP., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 14th day of November, 2007, **DEFENDANT INNOLUX DISPLAY CORPORATION'S FIRST SET OF INTERROGATORIES TO PLAINTIFF GUARDIAN INDUSTRIES CORPORATION'S (NOS. 1-8)** was served upon the following counsel of record at the address and in the manner indicated:

Richard K. Herrmann, Esquire                     HAND DELIVERY
Morris James Hitchens & Williams LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Bryan S. Hales, Esquire                          VIA ELECTRONIC MAIL
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

ASHBY & GEDDES

/s/ *Lauren E. Maguire*

---
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendant
InnoLux Display Corporation*

*Of Counsel:*

Roderick R. McKelvie
Richard L. Rainey
David A. Garr*
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004
202-662-6000

Scott A. Schrader
Deanna L. Kwong
COVINGTON & BURLING LLP
One Front Street, Floor 35
San Francisco, CA 94111
415-591-6000

* Member of the Bar of New York.
Not admitted to the Bar of the District of Columbia.
Supervised by principals of the firm.

Dated: November 14, 2007
180269.1