**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **GUARDIAN INDUSTRIES CORP.,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) **C.A. No.: 06-748-SLR** |
| **INNOLUX DISPLAY CORP.,** | ) ) ) |
| **Defendant.** | ) ) |

**NOTICE OF SERVICE**

Please take notice that on this 14th day of December 2007, copies of the following documents, *PLAINTIFF GUARDIAN INDUSTRIES CORP.'S RESPONSES TO DEFENDANT INNOLUX DISPLAY CORP.'S FIRST SET OF INTERROGATORIES (NOS. 1-8)* and *PLAINTIFF GUARDIAN INDUSTRIES CORP.'S RESPONSES TO DEFENDANT INNOLUX DISPLAY CORP.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1-93)* were served on counsel as indicated:

| **VIA E-MAIL and HAND DELIVERY** | **VIA E-MAIL and FEDEX** |
|---|---|
| Steven J. Balick | Roderick R. McKelvie |
| John G. Day | Richard L. Rainey |
| Ashby & Geddes | Covington & Burling LLP |
| 500 Delaware Avenue, 8th Floor | 1201 Pennsylvania Avenue, NW |
| Wilmington, Delaware 19899 | Washington, DC 20004 |

    */s/ Richard K. Herrmann*
Richard K. Herrmann (I.D. No. 405)
MORRIS JAMES LLP
500 Delaware Avenue, 15th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com

*Counsel for Plaintiff Guardian Industries Corp.*