**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **GUARDIAN INDUSTRIES CORP.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **C.A. No.: 06-748-SLR** |
| | ) |
| **INNOLUX DISPLAY CORP.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**NOTICE OF SERVICE**

Please take notice that on this 9th day of Jnuary 2008, copies of the following document, **PLAINTIFF GUARDIAN INDUSTRIES CORP.'S FIRST SUPPLEMENTAL RESPONSES TO DEFENDANT INNOLUX DISPLAY CORP.'S FIRST SET OF INTERROGATORIES (NOS. 1-8)**, were served on counsel as indicated:

**VIA E-MAIL and HAND DELIVERY**
Steven J. Balick
John G. Day
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19899

**VIA E-MAIL and FEDEX**
Roderick R. McKelvie
Richard L. Rainey
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004

   */s/ Richard K. Herrmann*
Richard K. Herrmann (I.D. No. 405)
MORRIS JAMES LLP
500 Delaware Avenue, 15th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com

*Counsel for Plaintiff Guardian Industries Corp.*