IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GUARDIAN INDUSTRIES CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-748-SLR |
| | ) | |
| INNOLUX DISPLAY CORP., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATED ORDER AMENDING RULE 16 SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the Rule 16 Scheduling Order in this action (D.I. 20) be modified as follows:

5. **Claim Construction Issue Identification.** The Parties shall exchange a list of those claim term(s)/phrase(s) that they believe need construction and their proposed claim construction of those term(s)/phrase(s) on **March 31, 2008**. This document will not be filed with the Court. Subsequent to exchanging such lists, the Parties will meet and confer to prepare a Joint Claim Construction Statement to be submitted pursuant to paragraph 7 below.

The Rule 16 Scheduling Order shall be otherwise unaffected, and shall remain in full force and effect.

| MORRIS JAMES LLP | ASHBY & GEDDES |
|---|---|
| */s/ Richard K. Herrmann* | */s/ Lauren E. Maguire* |
| Richard K. Herrmann (I.D. # 405)<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899<br>(302) 888-6800<br>rherrmann@morrisjames.com | Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. #2403)<br>Lauren E. Maguire (I.D. #4261)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>(302) 654-1888<br>sbalick@ashby-geddes.com;<br>jday@ashby-geddes.com<br>lmaguire@ashby-geddes.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED this _____ day of March, 2008.

_____
United States District Judge