IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP., )<br> )<br>     Plaintiff, )<br> )<br> v. )<br> )<br>INNOLUX DISPLAY CORP., )<br> )<br>     Defendant. ) | C.A. No. 06-748-SLR |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Roderick R. McKelvie to represent Defendant in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, a check in the amount of $25.00 is included to cover the annual fees for the attorneys listed above.

ASHBY & GEDDES

*/s/ Steven J. Balick*

_____
Steven J. Balick (I.D.#2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Tel: (302) 654-1888
Fax: (302) 654-2067

*Attorneys for Defendant*
*InnoLux Display Corporation*

Dated: April 18, 2008

{00210867;v1}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GUARDIAN INDUSTRIES CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-748-SLR |
| | ) | |
| INNOLUX DISPLAY CORP., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This _____ day of _____, 2008, the Court having considered the motion for the admission *pro hac vice* of Roderick R. McKelvie to represent Defendant in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorney is admitted *pro hac vice*.

_____
United States District Judge

{00210867;v1}

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

I am a member of the Bar of the Supreme Court of Delaware and recently elected to go on inactive status.

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

_____
Roderick R. McKelvie
Covington & Burling LLP
1201 Pennsylvania Avenue NW
Washington, DC 20004
Tel: 202-662-5195
Fax: 202-662-6291

Dated: 7/14/08