IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 06-748-SLR |
| ) | |
| INNOLUX DISPLAY CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

At Wilmington this 22nd day of April, 2008, having conferred with counsel, and consistent with the practice of the court vis a vis other cases brought by plaintiff;

IT IS ORDERED that plaintiff need not, until further order of the court, produce unredacted versions of the various licensing agreements entered into between plaintiff and other industry participants. With respect to the mediation scheduled in June, the integrity of the process is ensured by the fact that the mediator has been involved in virtually all of the prior negotiations leading to such agreements and, therefore, will recognize a settlement posture (on the part of plaintiff) that is not in keeping with the prior agreements.

United States District Judge