IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GUARDIAN INDUSTRIES CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-748-SLR |
| | ) | |
| INNOLUX DISPLAY CORP., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline for the filing of motions to join other parties and amend the pleadings in the above action is extended through and including May 9, 2008.


MORRIS JAMES LLP

/s/ Richard K. Herrmann
_____
Richard K. Herrmann (I.D. #405)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19801
302-888-6800
*Attorneys for Plaintiff*

ASHBY & GEDDES

/s/ Steven J. Balick
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. # 2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
*Attorneys for Defendant*


SO ORDERED this _____ day of _____, 2008.


_____
United States District Judge

{00213457;v1}