IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GUARDIAN INDUSTRIES CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-748-SLR |
| | ) | |
| INNOLUX DISPLAY CORP., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATED ORDER**

WHEREAS, at the June 26, 2008 mediation in the above action, the parties reached a settlement agreement; and

WHEREAS, the parties would like to devote their attention and resources to preparing the necessary settlement documentation so that this action can be dismissed, rather than to the expense of continuing to litigate against each other; now therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that this case is stayed until further order of the Court, and that if the parties have not filed a stipulation of dismissal by August 15, 2008, then they shall submit a joint status report by no later than one week thereafter, advising the Court as to the progress of their efforts to finalize their settlement.

{00227216;v1}

| MORRIS JAMES LLP | ASHBY & GEDDES |
|---|---|
| /s/ *Richard K. Herrmann* | /s/ *Lauren E. Maguire* |
| Richard K. Herrmann (I.D. #405)<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19801<br>302-888-6800<br>*Attorneys for Plaintiff* | Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. # 2403)<br>Lauren E. Maguire (I.D. #4261)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>302-654-1888<br>*Attorneys for Defendant* |

SO ORDERED, this _____ day of _____, 2008.

_____
United States District Judge