### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INNOLUX DISPLAY CORP., )<br>)<br>Defendant. ) | C.A. No. 06-748-SLR |

### **STIPULATED ORDER**

WHEREAS, at the June 26, 2008 mediation in the above action, the parties reached a settlement agreement;

WHEREAS, by stipulated order (D.I. 41) the Court stayed this case until further order of the Court, in order to permit the parties time to prepare a written agreement memorializing the terms of their settlement, and further directed that if a stipulation of dismissal was not filed by August 15, 2008, then a joint status report should be submitted by no later than one week thereafter; and

WHEREAS, the parties have reached agreement on all terms of the settlement agreement, but find that they need additional time for final approval of those terms and finalizing and formally executing the written agreement memorializing their settlement; now therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that this case shall remain stayed until further order of the Court, and that if the parties have not filed a stipulation of dismissal by September 15, 2008, then they shall submit a joint

status report by no later than one week thereafter, advising the Court as to the progress of their efforts to finalize their settlement.

| MORRIS JAMES LLP | ASHBY & GEDDES |
|---|---|
| */s/ Richard K. Herrmann* | */s/ Steven J. Balick* |
| Richard K. Herrmann (I.D. #405) | Steven J. Balick (I.D. #2114) |
| 500 Delaware Avenue, Suite 1500 | John G. Day (I.D. # 2403) |
| Wilmington, DE 19801 | Lauren E. Maguire (I.D. #4261) |
| 302-888-6800 | 500 Delaware Avenue, 8th Floor |
| rherrmann@morrisjames.com | P.O. Box 1150 |
| *Attorneys for Plaintiff* | Wilmington, DE 19899 |
| | 302-654-1888 |
| | sbalick@ashby-geddes.com |
| | *Attorneys for Defendant* |

**SO ORDERED**, this _____ day of _____, 2008.

_____
United States District Judge